ALESSANDRO CONFORTI

*v.*

STATE OF ILLINOIS.

*Opinion filed December 19, 1908.*

LICENSE FEE—*Di Cosola v. State ante followed.* This case is controlled by the decision of the Court in the case of *Michaele Di Cosola* v. *State of Illinois, supra.*

R. DeStefano, for Claimant.

W. H. Stead, Attorney General, for State.

Alessandro Conforti, claimant herein, seeks to recover four hundred ($400.00) dollars on account of the payment by him of two license fees in that amount, to Honorable James A. Rose, Secretary of State, on or about January 3, 1902, and April 1, 1903, for licenses to operate a "private employment agency for hire" in the city of Chicago, under an Act of the General Assembly relative thereto, passed April 11, 1899, and going into effect July 1, 1899, held unconstitutional by the Supreme Court April 24, 1903, in the case of *Mathews* v. *The People,* 202 Ill., 389.

The case is on the same state of facts and involves the same questions as in the case of *Michaele Di Cosola* v. *The State,* decided by this Court at the present term, and in which an award was made in favor of claimant. What we said and held in that case controls in this; and likewise as in that case the Honorable Attorney General consents to an award herein in the sum of four hundred ($400.00) dollars.

We, therefore, accordingly award claimant the sum of four hundred ($400.00) dollars.